# REESE LLP

**Via CM/ECF**                                                July 2, 2019
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

    Re:    *Barton v. Sequel Media International, LLC*
             Case No. 19-cv-1213-AJN

Dear Judge Nathan,

    I represent the plaintiff in the above-referenced matter. I make this letter submission in response to Your Honor's Order dated June 26, 2019 regarding the status of service of the Complaint.

    My co-counsel has tried to serve defendant through the defendant's registered agent, but apparently the service was not completed as the service was deemed undeliverable. However, we have since been contacted by counsel for the defendant – Jay E. Heidrick of Polsinelli LLP. We are in the process of attempting to have Mr. Heidrick accept service of the summons and complaint on behalf of his client. However, Mr. Heidrick is out of the office until July 8, 2019, presumably on vacation. We accordingly request an additional month – until August 2, 2019 - to complete this process.

                                          Respectfully submitted,

                                          Michael R. Reese

Cc:    All counsel of record, via CM/ECF

100 West 93rd Street   •   Sixteenth Floor   •   New York, New York  10025
www.reesellp.com   •   Telephone: (212) 643-0500   •   Facsimile: (212) 253-4272